UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRITTANY SEBASTIAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONE BRANDS LLC et al.,<br><br>Defendant. | Case No.: 20cv0009-L-MDD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT HERSHEY COMPANY'S MOTION TO DISMISS** |
|---|---|

Pending before the Court is Defendant Hershey Company's ("Hershey") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. (Doc. no. 10). Plaintiff filed a notice of non-opposition. (Doc. no. 17.) Hershey's motion is therefore granted as unopposed. *See* Civ. Loc. Rule 7.1.f.3.c; *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). All claims asserted against Defendant Hershey Company are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  August 10, 2020

_____
Hon. M. James Lorenz
United States District Judge