UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SEBASTIAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ONE BRANDS LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 3:20-cv-9-L-MDD<br><br>**ORDER ON MOTION FOR LEAVE TO AMEND (ECF 58)** |

　　　Pending before the Court is Plaintiff's motion for leave to file an amended complaint. (ECF 58). There is no opposition. (*See* Docket). The Court decides the matter on the papers submitted without oral argument. Civ. L. R. 7.1. For the reasons stated below, the Court **GRANTS** the motion.

　　　Under Federal Rule of Civil Procedure 15(a), courts "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a). "This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).

　　　In general, when ruling on a motion to amend, courts consider: undue delay, the movant's bad faith, prejudice to the opposing party, whether the movant previously amended their complaint, and futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). The most important factor is prejudice. *Eminence Capital*, 316 F.3d at 1052. Absent that, or a strong showing

of the other factors, there is a "*presumption* . . . in favor of granting leave to amend." *Id*. (emphasis original).

Plaintiff requests leave to (1) remove the claims related to sugar, (2) add allegations about nutritional facts and changes that were made after the lawsuit was filed, (3) remove the claim for injunctive relief, (4) add a claim for catalyst fees, and (5) reassert claims against The Hershey Company. (ECF 58).

Plaintiff's request is timely. There is nothing to suggest Plaintiff is acting in bad faith. There is also nothing to suggest Defendant will suffer undue prejudice if the complaint is amended. The case is in its early stages. Moreover, this is the first request for leave. And the proposed amendments are not futile. Therefore, the Court **GRANTS** the motion. Plaintiff has until **August 9, 2021** to file the proposed First Amended Complaint (ECF 58-3, Exhibit B).

*IT IS SO ORDERED*.

Dated:  August 4, 2021

_____
Hon. M. James Lorenz
United States District Judge