

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brittany Sebastian, individually, and on behalf of others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>One Brands, LLC, a Delaware Limited Liability Company<br><br>**Defendant.** | Civil Action No. 20-cv-00009-AJB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's individual claims are dismissed with prejudice and the class claims are dismissed without prejudice. The case is closed.

Date:       11/4/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Mueller

J. Mueller, Deputy